Toni J. Jaramilla (State Bar #174625)
May Mallari (State Bar #207167)
TONI J. JARAMILLA, A PLC
10100 Santa Monica Blvd., Suite 300
Los Angeles, California 90067
Telephone: (310) 551-3020
Facsimile: (310) 551-3019
Email: Toni@tjjlaw.com; May@tjjlaw.com;

JS - 6

Attorneys for Plaintiff
KWAME BOAKYE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAME BOAKYE, an individual; | Case No. CV 09-1299 ODW (FFMx) |
| Plaintiff, | [Los Angeles County Superior Court Case No. BC395350] |
| vs. | Assigned to: Hon. Otis D. Wright II Courtroom: 11 |
| HUGO BOSS RETAIL, INC. an entity of form unknown; and DOES 1 through 100, inclusive, | **JUDGMENT** |
| Defendants | Complaint Filed: July 29, 2008 |

///
///
///
///
///
///
///
///
///

Based on the acceptance by Plaintiff KWAME BOAKYE of the Fed. R. Civ. P. ("Rule") 68 Offer of Judgment made by Defendant Hugo Boss USA, Inc. (Erroneously sued as Hugo Boss Retail, Inc.), **IT IS HEREBY ORDERED:**

(1)     Judgment is entered in favor of Plaintiff KWAME BOAKYE and against Defendant Hugo Boss USA, Inc. (Erroneously sued as Hugo Boss Retail, Inc.) in the amount of $70,001.00 exclusive of attorney's fees and costs.

(2)     In accordance with the Defendant's Rule 68 Offer of Judgment, Plaintiff KWAME BOAKYE is entitled to an award of reasonable attorney's fees and costs to be determined by this Court; and

(3)     Pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54-12, Plaintiff KWAME BOAKYE shall have fourteen (14) days from the date of entry of this Judgment to file with this Court a claim and/or application for attorney's fees and cost by motion.

ENTERED:_____
                        Honorable Otis D. Wright II
                        United Stated District Court Judge


DATE:        September 16, 2009

Judgment
Case No: CV 09-1299 ODW (FFMx)

2